UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
_____

| | |
|---|---|
| LISA MARCY, | CIVIL ACTION |
| *Plaintiff*, | No.: |
| – against – | |
| REPUBLIC AIRLINE, INC. d/b/a/ UNITED EXPRESS a/k/a REPUBLIC | Removed from the District Court, El Paso County, State of Colorado Case No.: 2022CV30018 |
| *Defendant*. | |

_____

## DEFENDANT REPUBLIC AIRWAYS INC.'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant REPUBLIC AIRWAYS INC., incorrectly sued as REPUBLIC AIRLINE, INC. d/b/a UNITED EXPRESS a/k/a REPUBLIC ("Republic") hereby removes the above-captioned civil action in its entirely from the District Court, El Paso County, State of Colorado, Case Number 2022CV30018, to the United States District Court for the District of Colorado. In support of its Notice of Removal, which is based on diversity jurisdiction, Republic states as follows:

1.  This is a personal injury action arising out of an incident which is alleged to have occurred on or about January 6, 2020, onboard flight UA3488 operated by Republic from Denver, Colorado to Colorado Springs, Colorado.

2.  On January 5, 2022, Plaintiff filed a Complaint against Republic in District Court, El Paso County, State of Colorado, Case No. 2022CV30018 asserting negligence and negligence *per se*. (*See* Complaint attached as Exhibit A).

3.  In her Complaint, Plaintiff alleges she was injured when an unsecured serving cart came loose from its stowed position during landing and impacted the rear of her seat. (Exhibit A, ¶¶ 28-29). Plaintiff alleges Defendant was negligent in failing to properly secure the serving cart

(Count I), and negligent *per se* in failing to comply with applicable statutes, law, ordinances, codes, regulations regarding the conduct of its crew. (Count II).

4. Republic was served with a copy of Plaintiff's Complaint on March 17, 2022. This Notice of Removal is being filed within 30 days of Republic's receipt of Plaintiff's Complaint that alerted Republic that the amount in controversy exceeds the amount specified in 28 U.S.C. § 1332(a) and is therefore timely under 28 U.S.C. § 1446(b)(1).

5. 28 U.S.C. § 1441(a) authorizes removal of any civil action brought in a state court of which the district courts of the United States have original jurisdiction. Original jurisdiction exists pursuant to 28 U.S.C. § 1332 where there is a civil action in which the amount in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different States.

6. Here, there is complete diversity of citizenship between Plaintiff and Defendant under 28 U.S.C. § 1332(a)(1). Plaintiff is a citizen of the State of Colorado. (Exhibit A, ¶ 1). For diversity purposes, "a corporation shall be deemed to be a citizen of every state and foreign state by which it has been incorporated and of the state or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1). Republic is incorporated in Delaware and has its principal place of business in Indiana. (Exhibit A, ¶ 2).[1] Since Plaintiff and Defendant are citizens of different states, there is complete diversity of citizenship between them.

7. Plaintiff alleges that this action is a civil action involving an amount in controversy exceeding $100,000, exclusive of interest and costs. (Exhibit A, Civil Cover sheet; Complaint and Jury Demand).

---

[1] Plaintiff incorrectly alleges that Republic "was a foreign corporation organized under the laws of Indiana." (Exhibit A, ¶ 2).

8. Accordingly, pursuant to 28 U.S.C. § 1446(c)(2)(A)(ii), Republic asserts that the amount in controversy exceeds $75,000, exclusive of interest and costs. *See Paros Props. LLC v. Colo. Cas. Ins. Co.*, 835 F.3d 1264, 1272 (10th Cir. 2016)

9. The United States District Court of Colorado is the federal court embracing the District Court, El Paso County, State of Colorado, which is the place where the original action was filed. Thus, venue and removal to this Court are proper under 28 U.S.C. § 1446(a).

10. Pursuant to 28 U.S.C. § 1446(d), Republic will promptly serve a copy of this Notice of Removal on Plaintiff and will promptly file a Notice of Filing of this Notice of Removal with the Clerk of the District Court, El Paso County, State of Colorado.

11. Pursuant to 28 U.S.C. § 1446(a), Republic has attached copies of all process and pleadings served upon it in the State Court record. (Exhibit A).

12. The undersigned counsel has been specifically authorized to act on behalf of Republic in seeking removal of this cause of action to the United States District Court for the District of Colorado. Further, the undersigned counsel is a licensed attorney in the State of Colorado and is authorized to practice in the United States District Court for the District of Colorado.

13. By filing this Notice of Removal, Republic does not waive, and hereby reserves, all rights to assert objections and defenses to Plaintiff's Complaint, including, but not limited to, all objections and defenses relating to service of process and venue.

WHEREFORE, Defendant REPUBLIC AIRWAYS INC. hereby removes this action from the District Court, El Paso County, State of Colorado to the United States District Court for the District of Colorado.

Dated: April 14, 2022                                                       Respectfully submitted

REPUBLIC AIRWAYS INC. incorrectly sued as REPUBLIC AIRLINES, INC. d/b/a UNITED EXPRESS a/k/a REPUBLIC

_____

Michael A. Watts
RETHERFORD MULLEN & MOORE, LLC
2 N. Cascade, Suite 500
Colorado Springs, CO 80903
mwatts@rmmattys.com

Paula L. Wegman (*pro hac vice* to be filed)
Matthew D. Martin (*pro hac vice* to be filed)
ADLER MURPHY & McQUILLEN LLP
20 S. Clark, Suite 2500
Chicago, IL 60603
pwegman@amm-law.com
mmartin@amm-law.com

4

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2022, in accordance with 28 U.S.C. § 1446(d), written notice has been sent, via certified-mail, return receipt requested, upon the following counsel:

Jake C. Eisenstein, Esq.
Ryan S. Stevens, Esq.
EISENSTEIN LAW, LLC
600 Grant Street, Ste 825
Denver, CO 80203
jake@eisensteinlaw.com
ryan@eisensteinlaw.com

/s/ _____